MASSACHUSETTS BONDING & INSUR-
ANCE COMPANY, a Corporation, Appel-
lant, v. Martin WUNDERLICH et al.

No. 14180.

United States Court of Appeals
Eighth Circuit.

Nov. 21, 1950.

Kennedy, Holland, DeLacy & Svoboda,
Omaha, Neb., for appellant.

C. J. Watts, Oklahoma City, Okl., for
appellees.

PER CURIAM.

Appeal from District Court dismissed
on dismissal filed by appellant and ap-
proved by appellees.

■

STAHLY, Inc., Plaintiff-Appellant, v. M. H.
JACOBS CO., Inc., et al., Defendants-
Appellees.

No. 10282.

United States Court of Appeals
Seventh Circuit.

Nov. 22, 1950.

Jules L. Brady, John Rex Allen, Chicago,
Ill., for appellant.

Albert F. Mecklenburger, Sidney Neu-
man and Arthur B. Seibold, Jr., all of Chi-
cago, Ill., for appellee.

Before DUFFY, FINNEGAN and
LINDLEY, Circuit Judges.

PER CURIAM.

Upon due consideration, it is ordered
that the judgment from which this appeal
is taken be modified by providing, in addi-
tion to what it now provides, that defend-
ant be enjoined from selling any "Stahly
Live Blade" razors of the type designated
"black and chrome" without

(a) inserting in the container or sales
package supplied by defendants a notice
reading substantially as folllows:

Notice

This Stahly Live Blade razor has never
been in the possession of and is not guar-
anteed by Stahly, Inc.

Sidney A. Tarrson
540 Lake Shore Drive
Chicago, 11, Illinois,
and

(b) affixing to the container or sales
package supplied by defendants containing
each of said razors a legend reading sub-
stantially as follows:

Read enclosed notice of lack of guaranty
by Stahly, Inc.

The judgment of the District Court, so
modified as to conform to the order, is af-
firmed.

The costs of this appeal shall be taxed
one-half to each party.